# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANAS
# CENTRAL DIVISION

**ROBERT WILIAM AVERY**                                            **PLAINTIFF**
**ADC #652373**

v.                      **No. 4:21-cv-468-DPM**

**JESSICA JACKSON BREEDLOVE, Dentist,**
**Stringfellow Dentistry**                                    **DEFENDANT**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, *Doc. 53*, and overrules Avery's objections, *Doc. 54*. FED. R. CIV. P. 72(b)(3). Avery hasn't submitted supplemental evidence that would warrant an additional evidentiary hearing. Motion, *Doc. 46*, denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 February 2022