# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT WILIAM AVERY**  **PLAINTIFF**
**ADC #652373**

v.  No. 4:21-cv-468-DPM

**JESSICA JACKSON BREEDLOVE, Dentist,**
**Stringfellow Dentistry**  **DEFENDANT**

## ORDER

Avery's motion for voluntary dismissal, *Doc. 71*, is denied. FED. R. CIV. P. 41(a). Breedlove's motion for summary judgment, *Doc. 57*, is ripe. And Magistrate Judge Kearney prepared a 19-page recommended disposition, *Doc. 68*, recommending dismissal on the merits of Avery's claims against Breedlove. All material things considered, voluntary dismissal without prejudice is not proper at this late stage of the case.

Avery's motion for extension of time, *Doc. 70*, is granted. Objections due 4 May 2022.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 April 2022