IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT WILIAM AVERY                                           PLAINTIFF
ADC #652373

v.                              No. 4:21-cv-468-DPM

STRINGFELLOW DENTISTRY; JESSICA
JACKSON BREEDLOVE, Dentist,
Stringfellow Dentistry; WELLPATH HEALTH
CARE; and VESTA MULLINS BLANKS, Health
Services Administrator, Wellpath Health Care          DEFENDANTS

## JUDGMENT

Avery's claims against Dr. Breedlove that were raised in grievances WHM20-00084, WHM20-00087, and WHM20-00091 are dismissed with prejudice. Any other claims brought against Dr. Breedlove, and the claims against Stringfellow Dentistry, Wellpath Health Care, and Blanks, are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 September 2022